UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
WILFRED RAMOS,                                                    JUDGMENT
                                                                 14-CV- 5694 (SLT)
                              Plaintiff,

        -against-


GARY ZUCKER, ZUCKER & BENETT,


                              Defendants.
-------------------------------------------------------X

        A Memorandum and Order of Honorable Sandra L. Townes, United States

District Judge, having been filed on October 20, 2014, dismissing the complaint for lack of

subject matter jurisdiction; dismissing any state-law claims without prejudice; certifying pursuant

to 28 U.S.C. § 1915(a) that any appeal would not be taken in good faith; and denying *in forma*

*pauperis* status for the purpose of any appeal; it is

                ORDERED and ADJUDGED that the complaint is dismissed for lack of subject

matter jurisdiction; that any state-law claims are dismissed without prejudice; that pursuant to 28

U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis*

status is denied for the purpose of any appeal.

Dated: Brooklyn, New York                           Douglas C. Palmer
        October 22, 2014                             Clerk of Court

                                              by:   */s/ Janet Hamilton*
                                                    Deputy Clerk